AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Robert Meakin <br> *Plaintiff(s)* <br> v. <br> California Field Ironworkers Pension Trust; Board of Trustees of California Ironworkers Field Pension Trust <br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
California Ironworkers Field Pension Trust
c/o Board of Trustees of California Ironworkers Field Pension Trust
131 N. El Molino Ave., Suite 330
Pasadena CA 91101


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James P. Keenley
Bolt Keenley Kim LLP
1010 Grayson St., Ste. 3
Berkeley CA 94710
jkeenley@bkkllp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*