George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Michael Bedolla (California Bar No. 302517)
KRAW LAW GROUP, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile: 650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com
mbedolla@kraw.com

Counsel for Defendants:
California Ironworkers Field
Pension Trust, and Board of Trustees of the
California Ironworkers Field Pension Trust

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT MEAKIN,<br><br>                    Plaintiff,<br><br>v.<br><br>CALIFORNIA IRONWORKERS FIELD PENSION TRUST, and BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST,<br><br>                    Defendants. | Case No.: 5:16-cv-07195-EJD<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY/OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S OPPOSITION TO DEFENDANTS SUMMARY JUDGMENT MOTION** |

Pursuant to Local Rule 6-2 of the Northern District of California, Defendants California Ironworkers Field Pension Trust and Board of Trustees of the California Ironworkers Field Pension Trust ("Defendants") and Plaintiff, Robert Meakin ("Plaintiff"), by and through their attorneys of record, hereby stipulate to extend the Deadline for Defendants to file a combined Reply/Opposition to Plaintiff's Cross-Motion for Summary Judgment and Plaintiff's Opposition

to Defendants Motion for Summary Judgment from November 20, 2017 to **November 22, 2017**.

WHEREAS, the Standing Orders for Judge Edward J. Davila requires any opposition to a Cross-Motion to be incorporated into the Reply to the Opposition to the original like motion and be filed and served not more than 7 days after the filing of the combined Reply/Opposition.

WHEREAS, the Plaintiff's filed their Opposition to Defendants Summary Judgment Motion and a Cross-Motion for Summary Judgment on November 13, 2017 and November 14, 2017 (ECF Nos. 26 and 27).

WHEREAS, Defendants' counsel Michael Bedolla is out of the office on his honeymoon until November 27, 2017.

WHEREAS, Defendants' other counsel, Katherine McDonough will be out of the office attending all day meetings for clients on November 15, 16, and 20, 2017.

WHEREAS, Civil Local Rule 6-2(a) of the Northern District of California states, "The parties may file a stipulation … requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules…"

NOW, THEREFORE, in consideration of the forgoing, the parties agree and hereby stipulate that the Defendants shall file the combined Reply/Opposition to Plaintiff's Cross-Motion for Summary Judgment and Plaintiff's Opposition to Defendants Motion for Summary Judgment **no later than Wednesday, November 22, 2017**.

**IT IS SO STIPULATED.**

DATED: November 15, 2017                 BOLT KEENLEY KIM LLP

/s/ James P. Keenley
James P. Keenley (State Bar No. 253106)
Brian H. Kim (State Bar No. 215492)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710

|   |   |   |
|---|---|---|
|   |   | *(Counsel for Plaintiff)* |
| DATED: November 15, 2017 |   | KRAW LAW GROUP, APC |

/s/ Katherine McDonough
Katherine McDonough, CA Bar No. 241426
KRAW LAW GROUP, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile: 650-314-7899
kmcdonough@kraw.com
*(Counsel for Defendants)*

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Defendants Reply/Opposition is due by November 22, 2017.

DATED: November 16, 2017

_____
DISTRICT JUDGE EDWARD J. DAVILA

# ATTESTATION

I, Katherine McDonough, attest that James P. Keenley, attorney for the Plaintiff, Robert Meakin, has read and approved the foregoing, <u>JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY/OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S OPPOSITION TO DEFENDANTS SUMMARY JUDGMENT MOTION,</u> and has consented to its filing in this action.

                                        /s/ KATHERINE MCDONOUGH
                                        KATHERINE MCDONOUGH, ESQ.